**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 95-20150
Summary Calendar
_____

TEDDY FRANKLEN KNIPE and
SHIRLEY ANN KNIPE,

Plaintiffs-Appellants,

versus

QUANTUM CHEMICAL CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-94-3438)
_____

( July 10, 1995 )

Before POLITZ, Chief Judge, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:[*]

Teddy Franklen Knipe and Shirley Ann Knipe appeal the Fed.R.Civ.P. 12(b)(6) dismissal of their personal injury complaint against Quantum Chemical Corporation. Teddy Franklen Knipe sustained injuries in a slip-and-fall accident on June 29, 1990. The instant complaint was not filed until October 6, 1994. The

_____

[*]Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

defendant urges a limitations defense. For the reasons assigned and on the basis of the authorities cited by the district court in its Order filed February 1, 1995, the judgment of the district court is AFFIRMED.